# HERNSTADT ATLAS PLLC

45 Main Street, Suite 1030 Brooklyn, New York 11201
tel | text | fax: 212.809.2501  ed@heatlaw.com  heatlaw.com

December 11, 2017

<u>Via ECF</u>

Honorable J. Paul Oetken
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 11201

      Re: <u>Ghostbed, Inc., et al. v. Casper Sleep, Inc. et al (17-civ-399 (JPO))</u>

Dear Judge Oetken:

      We represent non-party Jakk Media, LLC, and write as directed by Your Honor in the Court's December 7, 2017 Order to report that I believe that Jakk Media and the plaintiffs have reached an agreement on appropriate production in response to the subpoena at issue in plaintiffs' motion to compel, and have accordingly this evening produced almost 2800 pages of documents in response to that subpoena. I would imagine that plaintiffs will need to review the production and may have questions regarding it, but my hope is that the matter has been fully resolved.

      Respectfully yours,

      Edward Hernstadt

Cc:  Angela T. Puentes-Leon, Esq. (via ECF)
      Ethan Horwitz, Esq. (via ECF)
      Steven Ira Peretz, Esq. (via ECF)
      Michael B. Chesal, Esq. (via ECF)